```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SARA SHIPPING COMPANY, S.A.,            :        09 Civ. 5322 (SHS)

                Plaintiff,             :

    -against-                                       :        <u>ORDER</u>

AFRA GENERAL TRADING LLC,               :

                Defendant.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY ORDERED that the Clerk of Court is directed to unseal this action.

Dated: New York, New York
       September 15, 2009

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.